IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 25 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JACK HAROLD JONES, JR.,            )
                                   )
            Petitioner,            )
                                   )
vs.                                )   Case No. 5:00CV00401 ODS
                                   )
LARRY NORRIS, Director of the      )
Arkansas Department of Corrections,)
                                   )
            Respondent.            )

ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL RESPONSE

Respondent is directed to file a Supplemental Response on or before February 21, 2006. The Supplemental Response should address Petitioner's arguments regarding the applicability and operation of Rule 4-3(h) of the Arkansas Rules of the Supreme Court and Collins v. Lockhart, and specifically Petitioner's contention these authorities instruct that the issues at hand were preserved and not defaulted notwithstanding postconviction counsel's failure to raise them during the postconviction proceeding.

IT IS SO ORDERED.

DATE: January 25, 2006

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT