IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JACK HAROLD JONES, JR., | ) |
| Petitioner, | ) |
| vs. | ) Case No. 5:00CV00401 ODS |
| LARRY NORRIS, Director of the Arkansas Department of Corrections, | ) |
| Respondent. | ) |

ORDER GRANTING RESPONDENT'S MOTION
TO DISSOLVE STAY OF EXECUTION

On June 14, 2006, the Court of Appeals denied Petitioner's request for a Certificate of Appealability and dismissed his appeal. On December 26, 2006, the Supreme Court denied a Petition for Writ of Certiorari. Now pending is Respondent's Motion to Dissolve Stay of Execution originally imposed by this Court on November 3, 2000. Respondent's motion (Doc. # 73) is granted.

Respondent's argument is quite simple: this case is over, and there is no reason for the stay to remain in place. Petitioner does not fault this logic; instead, he contends his involvement in another lawsuit (*Nooner v. Norris*, 06-cv-00110-SWW) challenging Arkansas' method of execution justifies a stay. The undersigned has no opinion on this matter, but even if Petitioner is correct he has only established a stay should be issued by Judge Wright. Petitioner's participation in another case cannot justify a stay being issued from this case.

For these reasons, the stay of execution issued in this case on November 3, 2000, is dissolved, without prejudice to Petitioner's right to seek a stay of execution in the *Nooner* case.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: August 8, 2007                                    UNITED STATES DISTRICT COURT